| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dog Robber Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA   Toast Kitchen and Bar (Brea)  DBA   Toast Whittier (Little Toast)  DBA   The Dylan  DBA   The Benediction  DBA   Toast Coffee Tea and Juice  DBA   Toast Restaurant Group  FDBA  Mimosas Kitchen and Bar |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5390837** |
| 4. | **Debtor's address** | **Principal place of business**  **16435 Whittier Blvd.**  **Whittier, CA 90603**  Number, Street, City, State & ZIP Code  **Los Angeles**  County | **Mailing address, if different from principal place of business**  **10740 Jordan Rd.**  **Whittier, CA 90603**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.toastkitchenandbar.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Dog Robber Inc.**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Dog Robber Inc.**  Case number (*if known*)
　　　　Name

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Dog Robber Inc.**_____   Case number (*if known*) _____
         Name

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 6, 2025**
              MM / DD / YYYY

X _/s/ Chad Reinhardt_____   **Chad Reinhardt**_____
  Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Richard Sturdevant**_____   Date   **June 6, 2025**_____
  Signature of attorney for debtor                        MM / DD / YYYY

**Richard Sturdevant 269088**
Printed name

**Financial Relief Law Center, APC**
Firm name

**1200 Main St. Ste C**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone   **714-442-3335**      Email address   **rich@bwlawcenter.com**

**269088 CA**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Dog Robber Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **U.S. Small Business Administration Office of General Counsel 312 North Spring Street, 5th Floor Los Angeles, CA 90012** | | **All tangible and intangible personal property... SBA Loan ending 7407** | | $1,960,684.00 | $0.00 | $1,960,684.00 |
| **Newco Capital Group LLC 90 Broad Street, Suite 903 New York, NY 10004** | | **Debtor's assets** | **Disputed** | $1,052,385.24 | $0.00 | $1,052,385.24 |
| **NAVUS LLC Attn: James Shim 1719 Clear Creek Drive Fullerton, CA 92833** | | **Lease guarantee of Fork Yeah BBQ + Brew** | **Unliquidated Disputed** | | | $600,000.00 |
| **AmTrust Financial Services Inc. PO Box 6939 Cleveland, OH 44101-1939** | | **Audit of insurance policy** | | | | $449,573.00 |
| **California Department of Tax and Fe PO Box 942879 Sacramento, CA 94279** | | **Sales tax** | | | | $405,402.00 |
| **Southern California Edison PO Box 600 Rosemead, CA 91771-0001** | | **Electricity** | | | | $296,812.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **Dog Robber Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Operati PO Box 7346 Philadelphia, PA 19101-7346** | | **Q1+Q2 trust fund payroll tax** | | | | $261,045.00 |
| **US Foods, Inc. 15155 Northam Street La Mirada, CA 90638** | | **To secure the full and timely payment by Applicant to Seller of all now existing and later arising amounts due Seller, in addition to any other secur** | | $159,613.00 | $0.00 | $159,613.00 |
| **Bank Of America Attn: Bankruptcy Po Box 982238 El Paso, TX 79998** | | **Business advantage card** | | | | $133,178.00 |
| **Chad Reinhardt 10740 Jordan Road Whittier, CA 90603** | | **Loan from officer** | | | | $62,551.00 |
| **Employment Development Department Bankruptcy Gruop MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | | **Payroll tax** | | | | $53,497.00 |
| **OC Mgnt 101 W. 4th St. Santa Ana, CA 92701** | | **Delinquent rent** | | | | $50,137.00 |
| **Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | | **THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, IN** | | $46,129.03 | $0.00 | $46,129.03 |
| **Orange County Treasurer-Tax Collect PO Box 1438 Santa Ana, CA 92702** | | **Property tax** | | | | $28,650.00 |

Debtor **Dog Robber Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank Of America** <br> **Attn: Bankruptcy** <br> **Po Box 982238** <br> **El Paso, TX 79998** | | **Business Adv. Card** | | | | $21,341.00 |
| **Shift 4** <br> **3501 Corporate Pkwy** <br> **Cherryville, PA 18035** | | **Equipment in possession of Shift 4** | **Disputed** | | | $19,423.00 |
| **NAVUS LLC** <br> **Attn: Sun H. Shim** <br> **7120 Alondra Blvd.** <br> **Paramount, CA 90723** | | **Restaurant space at 17501 Colima Road, Space E, Industry, CA adjacent to Puente Hills Mall The Benediction** | | | | $17,500.00 |
| **Prudential** <br> **PO Box 511886** <br> **Los Angeles, CA 90051** | | **Contract** | | | | $13,568.00 |
| **Shift 4** <br> **3501 Corporate Pkwy** <br> **Cherryville, PA 18035** | | **Disputed, services not rendered** | **Disputed** | | | $10,891.00 |
| **D&S Global Solutions** <br> **NUCo2** <br> **One Huntington Quadrangle Suite 4N15** <br> **Melville, NY 11747** | | **Business credit** | | | | $8,682.00 |

Dog Robber Inc.
10740 Jordan Rd.
Whittier, CA 90603


Richard Sturdevant
Financial Relief Law Center, APC
1200 Main St. Ste C
Irvine, CA 92614


American Express Bank, FSB
200 Vesey Street
New York, NY 10285-3106


AmTrust Financial Services Inc.
PO Box 6939
Cleveland, OH 44101-1939


ATT / IC Systems Debt Collection
PO Box 5025
Carol Stream, IL 60197


Auto-Chlor System
450 Ferguson Drive
Mountain View, CA 94043


Bank Of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998


Benny and Marys Irvine, LLC
18420 Von Karman Ave. #100
Irvine, CA 92612

California Asset Portfolio, Inc.
PO Box 71765
Los Angeles, CA 90071


California Department of Tax and Fe
PO Box 942879
Sacramento, CA 94279


Carlos Jimenez
467 Stonewood St.
Downey, CA 90241


Chad Reinhardt
10740 Jordan Road
Whittier, CA 90603


Chad Reinhardt
10740 Jordan Rd.
Whittier, CA 90603


CHTD Company
PO Box 2576
Springfield, IL 62708


Cintas
2829 Workman Mill Road
Whittier, CA 90601


City of Brea
1 Civic Center Circle
Brea, CA 92821

```
Corporation Service Company
8801 Adlai Stevenson Dr.
Springfield, IL 62703


Credit Key
145 S. Fairfax Ave #200
Los Angeles, CA 90036


D&S Global Solutions
NUCo2
One Huntington Quadrangle
Suite 4N15
Melville, NY 11747


Employment Development Department
Bankruptcy Gruop MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Firstsource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228


Internal Revenue Service
Centralized Insolvency Operati
PO Box 7346
Philadelphia, PA 19101-7346


JP Morgan Chase Bank
1111 Polaris Parkway
Columbus, OH 43240
```

```
Kapitus
120 W. 45th St.
New York, NY 10036


Kathy Vigil
17501 Colima Rd. #E
Rowland Heights, CA 91748


La Floresta Regency, LLC
c/o Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Macerich Stonewood, LLC
Dept # 880463
PO Box 29650
Phoenix, AZ 85038-9650


Michael K. Johnson
Piekarski Law PLLC
1 Whitehall St., 2nd Floor
New York, NY 10004


Mission Linen Supply
5400 Alton Street
Chino, CA 91710-7601


NAVUS LLC
Attn: James Shim
1719 Clear Creek Drive
Fullerton, CA 92833
```

```
NAVUS LLC
Attn: Sun H. Shim
7120 Alondra Blvd.
Paramount, CA 90723


Newco Capital Group LLC
90 Broad Street, Suite 903
New York, NY 10004


NuCo2 LLC
2800 SE Market Place
Stuart, FL 34997


OC Mgnt
101 W. 4th St.
Santa Ana, CA 92701


Orange County Treasurer-Tax Collect
PO Box 1438
Santa Ana, CA 92702


Orkin
555 West Lambert Road, Unit G
Brea, CA 92821


Prudential
PO Box 511886
Los Angeles, CA 90051


Prudential
PO Box 51886
Los Angeles, CA 90054
```

```
Prudential Overall Supply
PO Box 51886
Los Angeles, CA 90054


Raymond Chan and Cindy Chan
CoTrustees of the Chan Family Trust
PO Box 18522
Anaheim, CA 92817-8522


Restaurant Refrigeration Rentals
6224 Cherry Avenue
Long Beach, CA 90805


Restaurant Refrigeration Rentals
PO Box 5849
Long Beach, CA 90805


Shift 4
3501 Corporate Pkwy
Cherryville, PA 18035


SoCalGas
PO Box C
Monterey Park, CA 91756-5111


Southern California Edison
PO Box 600
Rosemead, CA 91771-0001


Suburban Water Systems
15088 Rosecrans Ave.
La Mirada, CA 90638
```

```
Transworld Systems Inc.
PO Box 15618
Wilmington, DE 19850-5618


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


US Foods, Inc.
15155 Northam Street
La Mirada, CA 90638


US Foods, Inc.
9399 West Higgins Rd.
Suite 100
Rosemont, IL 60018
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Richard Sturdevant SBN 269088**<br>**1200 Main St. Ste C**<br>**Irvine, CA 92614**<br>**714-442-3335 Fax: 714-361-5376**<br>**rich@bwlawcenter.com** | FOR COURT USE ONLY |
|---|---|
| ✓ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Dog Robber Inc.**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Chad Reinhardt**, the undersigned in the above-captioned case, hereby declare
  *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                              F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2. a. [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. [✓] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

June 6, 2025
Date

By: _____ (signature)
Signature of Debtor, or attorney for Debtor

Name: **Chad Reinhardt**
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT